NUMBER
13-06-056-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

PHILLIP DENNISTON, ET AL.,                                   Appellants,

 

                                           v.

 

ALLSTATE TEXAS LLOYDS,                                        Appellee.

___________________________________________________________________

 

                 On
appeal from the 117th 
District Court

                           of
Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

               Before
Justices Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 








Appellants, PHILLIP DENNISTON, ET AL., perfected an
appeal from a judgment entered by the 117th District Court of Nueces County, Texas, in cause number 02-4652-B.  After the clerk=s record was filed, appellants filed a motion to
dismiss the appeal.  In the motion,
appellants state that they no longer wish to prosecute this appeal.  Appellants request that this Court dismiss
the appeal.

The Court, having considered the documents on file and appellants= motion to dismiss the
appeal, is of the opinion that the motion should be granted.  Appellants= motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 1st
day of June, 2006.